UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

PHILLIP JACKSON,

FORMER CA NO.: 23-202305-CZ

        Plaintiff,

DISTRICT CT. NO.:

-vs-

HON.: _____

PAXTYN CIESIELSKI, JASON HAMMOND,
and THE CITY OF FARMINGTON HILLS,
in their Individual and Official Capacities,

        Defendants.

_____ /

ADAM G. CLEMENTS (P77233)
The Perkins Law Group PLLC
615 Griswold St., Ste. 400
Detroit, MI 48226-3987
(313) 964-1702
aclements@perkinslawgroup.net

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC
Carlito H. Young (P61863)
Holly S. Battersby (P72023)
Attorneys for Defendants
27555 Executive Drive, Suite 250
Farmington Hills, MI  48331
(248) 489-4100
cyoung@rsjalaw.com
hbattersby@rsjalaw.com

_____ /

**<u>NOTICE OF REMOVAL</u>**

TO: The Honorable Judge of the United States
District Court for the Eastern District
of Michigan, Southern Division

Defendants, PAXTYN CIESIELSKI, JASON HAMMOND and THE CITY

OF FARMINGTON HILLS, by their attorneys, ROSATI, SCHULTZ, JOPPICH &

AMTSBUECHLER, P.C., state as follows for their Notice of Removal:

1.      A copy of the attached Summons and Complaint was delivered to the

City of Farmington Hills via personal service on September 19, 2023, and this Notice

is being filed with this Court within (30) days of the delivery of the Summons and

Complaint in the above-entitled action.

2.      Plaintiffs' Complaint, filed in the Oakland County Circuit Court, Civil

Action Number 2023-202305-CZ, allege violations of Plaintiff's federal

constitutional rights and a deprivation of his civil rights.

3.      Specifically, Plaintiff alleges that his Fourth Amendment, Fourteenth

Amendment rights were violated asserting claims pursuant to 42 USC § 1983.

4.      Plaintiff also requests punitive damages in this action, which are only

available under federal law.

5.      Plaintiff's allegations, involving claims arising under the Constitution

and laws of the United States, are within the original jurisdiction of this United States

District Court.

2

6. Pursuant to 28 USC § 1331 and 28 USC § 1441, Defendants have the right to remove this case to federal court, and removal of this action from the Circuit Court for the County of Oakland to the United States District Court for the Eastern District of Michigan is proper.

7. Promptly after the filing of this Notice of Removal, Defendants shall provide written notice to Plaintiff and the Clerk of the Oakland County Circuit Court as required by 28 USC §1446.

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC

s/ Holly S. Battersby
Attorneys for Defendants
27555 Executive Drive, Ste. 250
Farmington Hills, MI 48331
(248) 489-4100
hbattersby@rsjalaw.com
(P72023)

DATED: October 3, 2023

**CERTIFICATE OF SERVICE**

Paula M. Rosenthal, being duly sworn, deposes and says that on the the 3rd day of October, 2023, a copy of this *Notice of Removal* will be served on all counsel of record with the *Notice of Filing Notice of Removal*, which will be filed with the Oakland County Circuit Court, via their electronic efiling MIFile system.

s/ Paula M. Rosenthal

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| JUDICIAL DISTRICT | **SUMMONS** | 2023-202305-CZ |
| 16    JUDICIAL CIRCUIT | | |
| COUNTY | | HON. KWAME ROWE |

**Court address**
1200 N Telegraph Rd Department 404 Pontiac, MI 48341

**Court telephone no.**
248-858-0344

Plaintiff's name, address, and telephone no.
PHILLIP JACKSON

v

Defendant's name, address, and telephone no.
PAXTYN CIESIELSKI,
JASON HAMMOND,
and THE CITY OF FARMINGTON HILLS,
in their Individual and official capacities,

Plaintiff's attorney, bar no., address, and telephone no.
ADAM CLEMENTS P77233
PERKINS LAW GROUP, PLLC
615 GRISOLD, STE 400
DETROIT, MI 48226
313.964.1702

This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling.

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.     **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>9/8/2023 | Expiration date*<br>12/8/2023 | Court clerk<br>Lisa Brown |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01   (3/23)   **SUMMONS**                 MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

FILED   Received for Filing   Oakland County Clerk   9/8/2023 1:29 PM

STATE OF MICHIGAN
OAKLAND COUNTY CIRCUIT COURT

PHILLIP JACKSON,
          Plaintiff    ,

V.

PAXTYN CIESIELSKI, JASON HAMMOND,
and THE CITY OF FARMINGTON HILLS,
in their Individual and official capacities,
          Defendants.

CASE NO.
HON. 2023-202305-CZ
JUDGE KWAME' L.
ROWE

This case has been designated as an
eFiling case, for more information
please visit www.oakgov.com/efiling.

ADAM G. CLEMENTS
PERKINS LAW GROUP, PLLC
Attorneys for Plaintiff
615 Griswold, Suite 400
Detroit, MI 48226
(313) 964-1702
aclements@perkinslawgroup.net

## COMPLAINT

There is no other pending or resolved civil action rising out
of the transaction or occurrence alleged in the complaint.
      /s/ _Adam G. Clements_
      Adam Clements (P77233)

**NOW COMES** Plaintiff, PHILLIP JACKSON, by and through his attorneys ADAM

CLEMENTS and the PERKINS LAW GROUP, files this complaint and jury demand and says:

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Philip Jackson is a resident of Wayne County, Michigan.

2. Defendant Paxtyn Ciesielski is a Farmington Hills Police Officer transacts business in

   Oakland County. She is being sued in her individual and official capacity.

FILED Received for Filing Oakland County Clerk 8/25/2023 2:17 PM

3. Defendant Jason Hammond is a Farmington Hills Detective transacts business in Oakland County. He is being sued in his individual and official capacity.

4. During all relevant times, Defendants Ciesielski and Hammond were acting under color of law and being sued in their individual and official capacity pursuant to *42 USC § 1983*.

5. Defendants Ciesielski and Hammond are not entitled to qualified or any other immunity because each knowingly and intentionally violated Plaintiff's clearly established *Fourth Amendment Rights* which any reasonable officer would have known.

6. Venue is proper in this Court as all relevant facts which give rise to this action all took place in Oakland County, Michigan.

7. The matter in controversy exceeds $25,000.00 exclusive of costs and fees.

## FACTS

8. Plaintiff reasserts word for word and paragraph for paragraph each of the above allegations.

9. On or about August 16, 2022, Defendant Ofc. Paxtyn Ciesielski was in a police vehicle at Grand River Ave at or near 8 Mile Rd in the city of Farmington Hills, county of Oakland, and the state of Michigan.

10. Defendants Ciesielski saw Plaintiff's vehicle enter and exit a mobile home park and several minutes later sped up to simply catch up with the Plaintiff's vehicle, and activated their overhead lights, and effectuated a traffic stop.

11. Defendant Ciesielski effectuated an illegal traffic stop under the guise of not being able to see the properly displayed paper license plate affixed to Plaintiff's rear window.

12. Plaintiff brought his vehicle to a stop.

1

13. Defendant Ciesielski asked for an operator's license which Plaintiff informed her of no valid license, however, this question was preceded by her stating that this vehicle did not have a license plate- which it did.

14. Defendant Ciesielski then ordered Plaintiff to get out of the vehicle, which Plaintiff did.

15. Defendant Ciesielski then placed the Plaintiff in the back of her police vehicle and searched his vehicle with consent.

16. Plaintiff was charged with the felony of Controlled Substances- Possession (Cocaine, Heroin or Another Narcotic) Less Than 25 grams in violation of MCL 333.7403(2)(a)(v) and the misdemeanor of Operating- License Suspended, Revoked, Denied/Allowing Suspended person to Operate- Second or subsequent offense notice in violation of MCL 257.904(3)(a).

17. The police video tapes showed that Plaintiff brought his vehicle to a complete stop when turning onto 8 Mile Rd from Radcliff and that no probable cause existed for the stop.

18. On March 3, 2023, the court reviewed the video tapes and found "The Defendant did not commit any traffic offense warranting being detained by the officer. The officer's testimony that she could not see a temporary paper license plate which was displayed on the vehicle's back window, either at the time of the stop or when she walked up to the Jeep during the traffic stop, was not credible." (Opinion and Order Granting Defendant's Motion to Suppress, p.2, **Ex. A**)

19. In pertinent part, Oakland County Court reasoned:

> In the instant case, the initial stop of the Defendant was improper. Because the officer's testimony about not seeing the paper license was not credible, the Defendant should not have been detained, and the evidence must be suppressed as a violation of the Fourth Amendment, as incorporated against the States through the 14th Amendment.
> *Id.* at 2

2

20. All criminal charges against Plaintiff were dismissed.

21. There was no appeal.

## COUNT I

### VIOLATION OF FOURTH AMENDMENT RIGHTS
### AGAINST FALSE ARREST PURSUANT TO 42 USC § 1983

22. Plaintiff reasserts word for word and paragraph for paragraph each of the above allegations.

23. The *Fourth Amendment* guarantees a citizen's right not to be seized or charged with a crime without probable cause.

24. Plaintiff's *Fourth Amendment* rights were clearly established such that any reasonable officer would know he or she could not stop and seize a citizen absent probable cause.

25. As described above, Defendant Ciesielski stopped, detained and arrested Plaintiff without any probable cause or legal justification.

26. Defendant Hammond assisted in the violation of Plaintiff's clearly established *Fourth Amendment* constitutional rights by not reviewing the evidence before sending it off for charges.

27. As a direct and proximate result of the violation of Plaintiff's clearly established *Fourth Amendment* rights Plaintiff suffered economic loss, non-economic loss, embarrassment, indignity, loss of reputation in the community, loss of the enjoyments of life, isolation, depression, frustration, anxiety, emotional distress and other injuries that will continue to develop and manifest during and beyond this litigation.

28. In addition to the compensatory, economic, consequential, and special damages available, Plaintiff is entitled to punitive damages against Defendants Ciesielski and Hammond in that their actions were willful or made with reckless or wanton disregard of Plaintiff's constitutional rights.

3

**ACCORDINGLY**, Plaintiff seeks judgment against Defendants Ciesielski and Hammond, jointly and severally, in whatever amount Plaintiff is entitled, which is reasonable, fair and just, plus costs, interest and reasonable attorney fees, together with punitive damages as permitted under *42 USC §§ 1983, 1985, 1988.*

**COUNT II**

**VIOLATION OF PLAINTIFF'S *FOURTH AMENDMENTS* RIGHTS
TO BE FREE FROM MALICIOUS PROSECUTION
PURSUANT TO 42 USC § 1983**

29. The *Fourth Amendment* guarantees a citizen's right not to be charged with a crime without probable cause.

30. Plaintiff's *Fourth Amendment* rights were clearly established such that any reasonable officer would know he or she could not cause a citizen to be charged with a crime without probable cause.

31. As described above, Defendants Ciesielski and Hammond caused felony charges to be issued against Plaintiff without any probable cause or legal justification to do so.

32. Each individual Defendant had a duty to intervene and stop the violation of Plaintiff's clearly established constitutional rights, but each failed to do so.

33. Instead, the Defendant officers acted in concert, cooperated, and participated in the knowing violation of Plaintiff's federally protected rights.

34. As a direct and proximate result of violation of Plaintiff's clearly established *Fourth Amendment* rights, Plaintiff suffered economic loss, non-economic loss, embarrassment, indignity, loss of reputation in the community, loss of the enjoyments of life, isolation, depression, frustration, anxiety, emotional distress and other injuries that will continue to develop and manifest during and beyond this litigation.

35. In addition to the compensatory, economic, consequential, and special damages available, Plaintiff is entitled to punitive damages against Defendants Ciesielski and Hammond in that their actions were willful or made with reckless or wanton disregard of Plaintiff's constitutional rights.

**ACCORDINGLY,** Plaintiff seeks judgment against Defendants Ciesielski and Hammond, jointly and severally, in whatever amount Plaintiff is entitled, which is reasonable, fair and just, plus costs, interest and reasonable attorney fees, together with punitive damages as permitted under *42 USC §§ 1983, 1985 and 1988.*

## COUNT III

### VIOLATION OF PLAINTIFF'S FOURTH AND FOURTEENTH AMENDMENT RIGHTS FILED PURSUANT TO 42 U.S.C § 1983

36. Plaintiff hereby incorporates and re-alleges by reference all above Paragraphs, as though the same were fully set forth herein word for word.

37. The *Fourth Amendment* to the US Constitution prohibits unreasonable searches and seizures.

38. The *Fourteenth Amendment* to the US Constitution requires due process and equal protection under the law.

39. The Defendants" actions performed in conjunction with their employees', Individual Defendants, were under the color of state law, and violated the Plaintiff's rights under the *Fourth and Fourteenth Amendments* to be free from unlawful arrest, the unlawful use of force, and cruel and unusual punishment.

40. That FHPD ratified, tolerated, encouraged and condoned the unconstitutional conduct of its Officers both named and unnamed in this complaint.

41. That Defendants, City of Farmington Hills and FHPD, by and through their customs, policies, and practices, failed to enforce their codified standards pertaining to prosecution,

5

use of force, basis for arrest, proper investigation, proper exercise of police powers, and proper interaction between officers and the public.

**WHEREFORE,** Plaintiff seeks judgements against Defendants, jointly and severally, for damages in whatever amount in excess of $25,000 to which Plaintiff is entitled, which is reasonable, fair and just, plus costs interest and reasonable attorney fees, together with punitive damages.

## COUNT IV
## ABUSE OF PROCESS

42. Plaintiff hereby incorporates and re-alleges by reference all above Paragraphs, as though the same were fully set forth herein word for word.

43. That at all times pertinent to this Complaint, Individual Defendants, acted within the scope of their employment for Defendants, City of Farmington Hills and FHPD and used their authority as police officers to arrest, assault, and wrongfully charge Plaintiff Jackson under the pretense that he had violated the law and/or given consent for a search.

44. That Plaintiff was arrested, imprisoned, and eventually prosecuted because of the Individual Defendants' false and malicious representations of the incident at issue.

45. That at all times relevant to this Complaint, Defendants lacked probable cause for instituting and or continuing said criminal proceedings because all evidence obtained was tainted by the violation of the Plaintiff's basic Constitutional Rights.

46. That Defendants abused the criminal investigatory process by using it as a tool for its ulterior purpose of causing Plaintiff Jackson shame, embarrassment, and humiliation within the community.

47. That at all times relevant to this Complaint, Defendants maliciously incarcerated and continued said criminal proceedings without probable cause and based on false information provided knowingly and recklessly by Individual Defendants.

48. That said criminal proceedings' primary purpose was not justice.

49. That Defendants abused the power and authority by their reckless, willful, wanton, and intentional violations of Plaintiff's protected rights and of their required ministerial duties.

50. That all criminal counts lodged against Plaintiff Jackson in the matter were dismissed by the Circuit Court Judge.

**RELIEF**

**WHEREFORE,** Plaintiff respectfully request this Honorable Court:

51. Declare the Defendants violated Plaintiff's rights pursuant to the causes of action set forth above.

52. Order Defendants to reimburse Plaintiff for the damage to his rights under both the Fourth and Fourteenth Amendments of the US Constitution.

53. Order Defendants pay punitive damages up to the legal limit pursuant to 42 U.S.C. § 1983 because of their conduct motivated by ill will or intent, and by their reckless and callous indifference to Plaintiff's federally protected rights.

Respectfully submitted,

/s/ Adam G. Clements
ADAM G. CLEMENTS
PERKINS LAW GROUP, PLLC
Attorney for Plaintiff
615 Griswold, Suite 400
Detroit, MI 48226
(313)964-1702
aclements@perkinslawgroup.net

7

Date: July 10, 2023

This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling.

STATE OF MICHIGAN
OAKLAND COUNTY CIRCUIT COURT

PHILLIP JACKSON,
           Plaintiff      ,

V.

PAXTYN CIESIELSKI, JASON HAMMOND,
THE FARMINGTON HILLS POLICE DEPARTMENT,
and  THE CITY OF FARMINGTON HILLS,
in their Individual and official capacities,
           Defendants.

2023-202305-CZ
CASE NO.

JUDGE KWAME' L.
HON.    ROWE

---

ADAM G. CLEMENTS
PERKINS LAW GROUP, PLLC
Attorneys for Plaintiff
615 Griswold, Suite 400
Detroit, MI 48226
(313) 964-1702
aclements@perkinslawgroup.net

---

**JURY DEMAND**

Plaintiff demands a jury trial of this cause of action.

Respectfully submitted,

/s/ Adam G. Clements
ADAM G. CLEMENTS
PERKINS LAW GROUP, PLLC
Attorney for Plaintiff
615 Griswold, Suite 400
Detroit, MI 48226
(313)964-1702
aclements@perkinslawgroup.net

Date: July 10, 2023

9

**Exhibit**

**A**

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

PEOPLE OF THE STATE OF MICHIGAN

Plaintiff,

Case No. 22-282021-FH
v                                                          Hon. Michael Warren

PHILLIP JACKSON

Defendant.

_____/

OPINION AND ORDER GRANTING
DEFENDANT'S MOTION TO SUPPRESS

At a session of said Court held in the
Courthouse, City of Pontiac, Oakland County,
Michigan on March 6, 2023

PRESENT:  THE HONORABLE MICHAEL WARREN, Circuit Judge

_____/

OPINION

I
OVERVIEW

Before the Court is the Defendant's Motion to Suppress. Having reviewed the

Motion, the Response, and conducted an exhaustive evidentiary hearing on March 3,

2022, the Court issues this Opinion and Order.

At stake is whether the Court should suppress evidence seized by law enforcement

as the result of a traffic stop, when the officer's testimony justifying the traffic stop was

not credible? Because the People have the burden to show that the evidence is admissible, the answer is "no," and the Motion is granted.

## II
## FINDINGS OF FACT

Based on the Court's assessment of the credibility, demeanor, veracity, vocal tone and expression, tonality, and honesty of the witness and the two exhibits before it, the Court FINDS:

- A Farmington Hills Police Officer was on road patrol during the early morning of August 16, 2022. She observed the Defendant's Jeep traveling on westbound Eight Mile Road and turn into a mobile home park. She pulled over and waited for the vehicle to exit, which it did a few minutes later. After engaging in a high-speed chase (not because the Defendant's car was driving over the legal limit, but simply to catch up to the vehicle), including running a red light, she activated her patrol car's overhead lights and sirens thereby effectuating a traffic stop.

- The Defendant did not commit any traffic offense warranting being detained by the officer. The officer's testimony that she could not see a temporary paper license plate which was displayed on the vehicle's back window, either at the time of the stop or when she walked up to the Jeep during the traffic stop, was not credible.

2

- After interacting with the Defendant and him disclosing that did not possess a valid driver's license and had outstanding warrants, the Defendant was arrested.

## III
## THE LAW

In February 1761, James Otis would speak before the Superior Court of Massachusetts to attack recently renewed Writs of Assistance being used by the British Empire against colonists. As James Adams reflected, Mr. Otis' oration breathed into this nation the breadth of life . . . then and there was the first scene of the first act of opposition to the arbitrary claims of Great Britain. . . . American independence was then and there born."

Although Otis then stood before the Superior Court as a private lawyer challenging the propriety of the writs, not long before he had served as the Advocate-General on behalf of the government – and his duty as the Advocate-General would have been to defend the Writs. Instead, Otis resigned and took up the cause of Boston merchants who challenged the enforcement of the Writs.

The Writs were broadly worded instruments which empowered British officials to conduct extensive, almost limitless searches against the colonists. Otis decried the Writs as oppressive infringements of the rights of the colonists:

It appears to me the worst instrument of arbitrary power, the most destructive of English liberty and the fundamental principles of law, that ever was found in an English law-book. . . .

[T]he writ prayed for in this petition, being general, is illegal. It is a power that places the liberty of every man in the hands of every petty officer. I say I admit that special Writs of Assistance, to search special places, may be granted to certain persons on oath; but I deny that the writ now prayed for can be granted. . . .

In the first place, the writ is universal, being directed "to all and singular justices, sheriffs, constables, and all other officers and subjects"; so that, in short, it is directed to every subject in the King's dominions. Everyone with this writ may be a tyrant in a legal manner, also, may control, imprison, or murder any one within the realm. In the next place, it is perpetual; there is no return. A man is accountable to no person for his doings. Every man may reign secure in his petty tyranny, and spread terror and desolation around him, until the trump of the Archangel shall excite different emotions in his soul. In the third place, a person with this writ, in the daytime, may enter all houses, shops, etc., at will, and command all to assist him. Fourthly, by this writ not only deputies, etc., but even their menial servants, are allowed to lord it over us. What is this but to have the curse of Canaan with a witness on us: to be the servants of servants, the most despicable of God's creation?

Now, one of the most essential branches of English liberty is the freedom of one's house. A man's house is his castle; and whilst he is quiet, he is as well guarded as a prince in his castle. This writ, if it should be declared legal, would totally annihilate this privilege.

Not only did Ottis' denouncement begin the long road to the American Revolution, but it also formed the beginnings of the rights eventually protected in the Fourth Amendment to the federal Constitution. That Amendment provides: "The right of the people to be secure in their persons, homes, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing

4

the place to be searched, and the persons or things to be seized." The United States

Supreme Court has recognized the paramount importance of the Fourth Amendment:

> No right is held more sacred, or is more carefully guarded, by the common law than the right of every individual to the possession and control of his own person, free from all restraint or interference of others, unless by clear and unquestionable authority of law.
>
> [*Union Pac R Co v Botsford*, 141 US 250, 251 (1891).][1]

Thus, searches or seizures conducted without a warrant are presumptively

unreasonable and therefore unconstitutional. See, e.g., *People v Champion*, 452 Mich 92, 98

(1996). However, the Fourth Amendment's seemingly impenetrable barrier is riddled

with various exceptions, including "exigent circumstance, searches incident to a lawful

arrest, stop and frisk, consent, and plain view." *People v Brezinski*, 243 Mich App 431, 433

(2000). See also *In re Forfeigure of $176,598*, 443 Mich 261, 265 (1993).

Moreover, under the Fourth Amendment,[2] "a brief detention for questioning is

permissible if based on a reasonable and articulable suspicion of criminal activity." *People*

*v Burrell*, 417 Mich 439, 456-457 (1983). See also *Terry*, 392 US at 1. "Since Fourth

Amendment rights are involved in a detention, however brief, the intrusiveness of the

police activity must be carefully limited to the circumstances justifying the detention. Put

---

[1] See also *Terry v Ohio*, 392 US 1, 9 (1968), quoting *Union Pac R Co*, 141 US at 151.

[2] The Fourth Amendment has been incorporated against the States. See, e.g., *Mapp v Ohio*, 367 US 643 (1961). Although the Defendant cites to Michigan's protection of the right to be free from unreasonable searches and seizures set forth in Article I, Section 11 of the 1963 Constitution, there is no meaningful argument about why this right is broader than the federal Constitution and any such argument is deemed abandoned. *Walters v Nadell*, 481 Mich 377, 388 (2008).

5

another way, the detention must have an object (that fact or event which will resolve a police officer's reasonable and articulable suspicion) which is ascertainable and near at hand." *Burrell*, 417 Mich at 457. This means that an officer need not have the probable cause necessary to arrest a suspect to detain him for the purpose of investigating potential criminal behavior. *Terry*, 392 US at 22 ("a police officer may, in appropriate circumstances and in an appropriate manner, approach a person for purposes of investigating possibly criminal behavior even though there is no probable cause to make an arrest. It was this legitimate investigative function Officer McFadden was discharging when he decided to approach petitioner and his companions. He had observed Terry, Chilton, and Katz go through a series of acts, each of them perhaps innocent in itself, but which, taken together, warranted further investigation"). See also *People v Jenkins*, 472 Mich 26, 32 (2005). However, the scope of any such search or seizure must be limited to what is necessary to quickly affirm or dispel the officer's suspicion. *People v Yeoman*, 218 Mich App 406, 411 (1996).

Evidence seized in violation of the Fourth Amendment is to be suppressed at trial. *Mapp v Ohio*, 367 US 643 (1961).

6

## IV
## THE DEFENDANT'S DETENTION WAS UNCONSTITUTIONAL

In the instant case, the initial stop of the Defendant was improper. Because the officer's testimony about not seeing the paper license was not credible, the Defendant should not have been detained, and the evidence must be suppressed as a violation of the Fourth Amendment, as incorporated against the States through the 14th Amendment.

## ORDER

Based on the foregoing Opinion, the Defendant's Motion to Suppress is GRANTED.



‖‖ ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ ‖ ‖‖‖

# FARMINGTON HILLS PD
31655 W ELEVEN MILE RD
FARMINGTON HILLS MI 48336
248-871-2610



## Case Report

### Administrative Details:

| CR No | Subject |
|---|---|
| **220025987** | **Crack Possess - Phillip Jackson** |
| Report Date/Time | Occurrence Date/Time |
| **08/16/2022 03:14** | **08/16/2022 03:14** |
| Location | Call Source |
| **EIGHT MILE RD&GRAND RIVER AVE** | **Assoc/Clone** |
| Dispatched Offense | Verified Offense |
| **3599 Dangerous Drugs (Other)** | **3592 Crack -Possess** |
| OIC | OIC Contact Number |
| **Sjostrom, T (FHSJOSTROMT-00474)** | |
| County | City/Twp/Village |
| **63 - Oakland** | **85 - Farmington Hills** |
| Division | |
| **Patrol** | |

### Action Requested:

| [ ] Arrest warrant | [ ] Review only |
|---|---|
| [ ] Search warrant | [ ] Forfeiture |
| [ ] Juvenile petition | [ ] Other |

CR No: 220025987

## Offenses:

### 3592 - Crack -Possess

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| 35A - Drug/narcotic Violations / A | 35001 - VIOLATION OF CONTROLLED SUBSTANCE ACT | |
| Crime Against | Location Type | Offense Completed |
| SO | 13 - Highway/Road/Alley/Sidewalk | Completed |
| Domestic Violence | Hate/Bias | |
| No | 00 - None (No Bias) | |
| Using | | Cargo Theft |
| A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: Yes | | |
| Criminal Activity | | |
| P - Possessing/Concealing | | |

### C2931 - DWLS OPS License Suspended / Revoked   [FHCIESIELSKIP (00491)]

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| / | | |
| Crime Against | Location Type | Offense Completed |
| | 13 - Highway/Road/Alley/Sidewalk | Completed |
| Domestic Violence | Hate/Bias | |
| No | 00 - None (No Bias) | |
| Using | | Cargo Theft |
| A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: Yes | | |

## People:

### JACKSON, PHILLIP LINSEY (A-ARRESTEE)   [FHCIESIELSKIP (00491)]

| Last Name | First Name | Middle Name | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|
| JACKSON | PHILLIP | LINSEY | | | |

| Aliases | | Driver License# | | DL State | DL Country | Personal ID# |
|---|---|---|---|---|---|---|
| | | J250683522544 | | MI | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | | Country of Citizenship |
|---|---|---|---|---|---|---|---|
| 07/09/1984 (38) | M | BLACK/AFRICAN AMERICAN | Unknown | MI | US | | US |

| Eye Color | Hair Color | | Hair Style | | Hair Length | Facial Hair |
|---|---|---|---|---|---|---|
| Brown | Black | | | | | |

| Complexion | Build | Teeth | Height | Weight | Attire |
|---|---|---|---|---|---|
| Dark | Thin | | 5' 10" | 180 | |

| CTN | TCN | PCN | SID/State | Criminal History Name |
|---|---|---|---|---|
| | B922001040P | | | |

| Held For | Finger Prints | Photos | Miranda Read | Miranda Waived | Number of Warrants | FBI# |
|---|---|---|---|---|---|---|
| | No | Yes | No | No | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 20460 LESURE ST | | | | 3137782848 | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| DETROIT | MI | 48235 | 3137782848 | |

| Alerts | On Probation/Parole | Habitual Offender Status |
|---|---|---|
| | No | |

### Arrest Information

| Offenses | Details |
|---|---|
| 3592 - Crack -Possess | Arrest Date/Time:       08/16/2022 03:14<br>Location:                    8 MILE/ GRAND RIVER<br>Arrest#:                     22-A-1110<br>Arrest Type:              Onview<br>OWI Arrest/BAC:<br>Offense Type:            Felony<br>Count: |

CR No: 220025987

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

| | | |
|---|---|---|
| | Arresting Officer 1: | FHCIESIELSKIP (CIESIELSKI, P 00491) |
| **C2931 - DWLS OPS License Suspended / Revoked** | Arrest Date/Time: | 08/16/2022 03:14 |
| | Location: | 8 MILE/ GRAND RIVER |
| | Arrest#: | 22-A-1110 |
| | Arrest Type: | Onview |
| | OWI Arrest/BAC: | |
| | Offense Type: | Mlsd. |
| | Count: | |
| | Arresting Officer 1: | FHCIESIELSKIP (CIESIELSKI, P 00491) |

| MultiClearance | MultiClearance Offense | Armed With |
|---|---|---|
| N - Not Applicable | | 01 - Unarmed |

| Date/Time Booked | Booked Location |
|---|---|
| 08/16/2022 00:00 | FARMINGTON HILLS POLICE DEPT |

### KIRCOS, CHRISTOPHER   (O-OTHER) (X-MISCELLANEOUS)   [FHSJOSTROMT (00474)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | KIRCOS | CHRISTOPHER | | | |

| Aliases | Driver License# | DL State | DL Country | Personal ID# |
|---|---|---|---|---|
| | K622115018974 | MI | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| 12/24/1982 (39) | M | WHITE | | | | |

| Complexion | Build | Teeth | Height | Weight | Attire |
|---|---|---|---|---|---|
| | | | 5' 8" | 200 | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 15211 CHESAPEAKE CIR | | | | UNKNOWN | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| WALLED LAKE | MI | 48390-5909 | 2488595317 | |

### STULTS, R   (O-OTHER) (L-LAW ENFORCEMENT OFFICER)   [FHSTULTSR (6015)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | STULTS | R | | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| | | UNKNOWN | | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 31655 W Eleven Mile Rd | | OAKLAND | USA | | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| Farmington Hills | MI | 48336 | | |

**Phone/Email**

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248-871-2610 |

### ROLLINS, JESSICA NECOLE (O-OTHER) (X-MISCELLANEOUS)   [FHHAMMONDJ (00412)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | ROLLINS | JESSICA | NECOLE | | |

| Aliases | Driver License# | DL State | DL Country | Personal ID# |
|---|---|---|---|---|
| | R452403626273 | MI | | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| 04/07/1991 (31) | F | UNKNOWN | | | | |

| Complexion | Build | Teeth | Height | Weight | Attire |
|---|---|---|---|---|---|
| | | | 5' 4" | 175 | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 28838 PARDO ST APT 3 | | | | UNKNOWN | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| GARDEN CITY | MI | 48135-2863 | 3136957335 | |

### OCSO LAB TECH,   (O-OTHER) (X-MISCELLANEOUS)   [FHHAMMONDJ (00412)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | | | | | |

Created On 09/12/2023 12:24 PM

CR No: 220025987

| | | OCSO Lab Tech | | | | | |
|---|---|---|---|---|---|---|---|

| DOB (Age) | Sex | Race UNKNOWN | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|

**Notes**
Tested the drugs

---

### REP OF OCSO LAB, (O-OTHER) (X-MISCELLANEOUS) [FHHAMMONDJ (00412)]

| PE: | W.Type: | Last Name Rep of OCSO Lab | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|

| DOB (Age) | Sex | Race UNKNOWN | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|

**Notes**
(DT)RE: Copy of lab report

---

### HOYLE, LINDSAY (O-OTHER) (X-MISCELLANEOUS) [FHHAMMONDJ (00412)]

| PE: | W.Type: | Last Name Hoyle | First Name Lindsay | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|

| DOB (Age) | Sex | Race UNKNOWN | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|

**Notes**
rep of FHPD-transported drugs to and from lab

---

### HAMMOND, J (O-OTHER) (L-LAW ENFORCEMENT OFFICER) [FHHAMMONDJ (00412)]

| PE: | W.Type: OC | Last Name Hammond | First Name J | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|

| DOB (Age) | Sex | Race UNKNOWN | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|

| Street Address 31655 W Eleven Mile Rd | Apt # | County OAKLAND | Country USA | Home Phone | Work Phone |
|---|---|---|---|---|---|

| City Farmington Hills | State MI | Zip 48336 | Cell Phone | Email |
|---|---|---|---|---|

**Phone/Email**

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248-871-2610 |

---

### SMITH, M (O-OTHER) (L-LAW ENFORCEMENT OFFICER) [FHCIESIELSKIP (00491)]

| PE: | W.Type: | Last Name Smith | First Name M | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|

| DOB (Age) | Sex | Race UNKNOWN | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|

| Street Address 31655 W Eleven Mile Rd | Apt # | County OAKLAND | Country USA | Home Phone | Work Phone |
|---|---|---|---|---|---|

| City Farmington Hills | State MI | Zip 48336 | Cell Phone | Email |
|---|---|---|---|---|

**Phone/Email**

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248-871-2610 |

---

### MOSTEK, M (O-OTHER) (L-LAW ENFORCEMENT OFFICER) [FHCIESIELSKIP (00491)]

| PE: | W.Type: | Last Name Mostek | First Name M | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|

CR No: 220025987

31655 W Eleven Mile Rd | | OAKLAND | USA | |
City | State | Zip | Cell Phone | | Email |
Farmington Hills | MI | 48336 | | |

**Phone/Email**

| Type | Description |
|------|-------------|
| BU-Business Phone #1 | 248-871-2610 |

## CIESIELSKI, P  (O-OTHER) (L-LAW ENFORCEMENT OFFICER)  [FHCIESIELSKIP (00491)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|-----|---------|-----------|------------|-------------|--------|-----------|
| | | Ciesielski | P | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|----------------|-------|--------|---------|------------|------------|
| 31655 W Eleven Mile Rd | | OAKLAND | USA | | |

| City | State | Zip | Cell Phone | Email |
|------|-------|-----|------------|-------|
| Farmington Hills | MI | 48336 | | |

**Phone/Email**

| Type | Description |
|------|-------------|
| BU-Business Phone #1 | 248-871-2610 |

## Property:

### 1903 - Cocaine - Crack 5410   [FHCIESIELSKIP (00491)]

| Property Class | IBR Type | UCR Type | | |
|----------------|----------|----------|---|---|
| 10 | 10 - Drugs/Narcotics | K - Miscellaneous | | |
| Status | | | Count | Value |
| C – Confiscated/Seized In Drug, Forgery/Counterfeiting, Or Gambling | | | 1 | 0 |
| Description | | Disposition | Evidence Tag | |
| crack rock <1G | | | 220025987.001 | |
| Recovered Date/Time | Location | Owner | | |
| | | [A39451459] JACKSON, PHILLIP LINSEY | | |

**Drug Information**

| Drug Type | Drug Quantity | Drug Measure |
|-----------|---------------|--------------|
| 01 - "Crack" Cocaine | 1 | GM - Gram |

### 2112 - Debit Card/Check Card/Account Number 5409   [FHCIESIELSKIP (00491)]

| Property Class | IBR Type | UCR Type | | |
|----------------|----------|----------|---|---|
| 09 | 09 - Credit/Debit Cards | A - Currency, Notes, Etc... | | |
| Status | | | Count | Value |
| K - Held For Safe Keeping (Includes Impounds) | | | 1 | 0 |
| Description | | Disposition | Evidence Tag | |
| Michigan Bridge Card - Christopher Kircos | | | 220025987.002 | |
| Recovered Date/Time | Location | Owner | | |
| | | [O40941215] KIRCOS, CHRISTOPHER | | |

### 9992 - Prisoner Property 5488   [FHSTULTSR (6015)]

| Property Class | IBR Type | UCR Type | | |
|----------------|----------|----------|---|---|
| 88 | 77 – Other | K - Miscellaneous | | |
| Status | | | Count | Value |
| K - Held For Safe Keeping (Includes Impounds) | | | 7 | 1 |
| Description | | Disposition | Evidence Tag | |
| Prisoner Property - Jackson, Phillip | | | 220025987.003 | |
| Recovered Date/Time | Location | Owner | | |
| | | [A39451459] JACKSON, PHILLIP LINSEY | | |

| Notes |
|-------|
| 1. 1 black belt |

CR No: 220025987

|||||||||||||||||||||||||||||||||||||

2. 2 shoe laces

3. 3 Bracelets

4. 1 wallet w/ MI ID

5. 1 set of keys

6. Clothes in red Biohazard bag - Sally Port

### 3501 - Automobile/Car/Vehicle (not Stolen Or Recovered) 5403 [FHCIESIELSKIP (00491)]

| Property Class | | IBR Type | | UCR Type | | |
|---|---|---|---|---|---|---|
| 03 | | 03 – Automobiles | | V - Other Vehicle (not Stolen or Recovered) | | |

| Status | | | | | Count | Value |
|---|---|---|---|---|---|---|
| X - Impounded | | | | | 1 | 1 |

| Manufacturer | Model | Serial No. | | License No. | Color |
|---|---|---|---|---|---|
| JEEP | GRAND CHEROK | 1C4RJFBG7GC334424 | | DYW6993 | BLK - Black |

| Vehicle Year | Body Style | | | State | License Year |
|---|---|---|---|---|---|
| 2016 | | | | MI | |

| Description | | Disposition | Evidence Tag |
|---|---|---|---|
| 2016 Black Jeep Grand Cherokee | | | |

| Recovered Date/Time | Location | Owner | |
|---|---|---|---|
| | | [] , | |

### Narrative:

**CR No: 220025987-001    Written By: FHCIESIELSKIP (00491)    Date: 08/16/2022 04:38 AM**

I was on patrol in the area of 8 Mile and Grand River when I observed the listed vehicle traveling WB on 8 Mile from Grand River. The vehicle did not have an attached license plate. The vehicle made a right into Mobile Manor trailer park. Minutes later the vehicle entered back onto 8 Mile to travel EB from Radcliff. I initiated a traffic stop on the listed vehicle EB 8 Mile just before Grand River.

I made contact with the lone driver of the vehicle, Phillip Jackson, identified via MI ID card. Jackson informed me his license was suspended and that he had multiple warrants out of several different departments. I asked Jackson where he was coming from. He stated he went to "see his girl" at the trailer park. I asked Jackson why his trip to visit "his girl" was so short. He stated he has to work in the morning. I advised Jackson because his license his suspended and he has warrants that I was going to have him exit the vehicle. Jackson complied and exited the vehicle. Officer Mostek arrived on scene to assist. I performed a consent search of Jacksons person. While searching Jackson I observed him to have large amounts of cash in both his front left and right pocket. I asked Jackson why he had so much cash in his pockets. Jackson stated that it was not that much. Jackson stated there was only about $200 in his pockets. Nothing further was located during the search. I secured Jackson in the rear of my patrol vehicle. I asked Jackson if there was anything illegal in his vehicle to which he stated there was nothing illegal inside his vehicle. Jackson gave officers permission to search the vehicle.

CR No: 220025987

Officers conducted consent search of the vehicle. Officer Mostek located a white rock like substance in the driver side front door panel. Through our training and experience the substance was consistent with crack cocaine. Officers used a Sirchie Nark Cocaine ID Swipe to test the suspected crack. The swipe yielded a positive results for cocaine (blue). Officers also located more cash in the center counsel. Officers also located a Michigan Bridge card belonging to a Christopher Kircos.

Jackson was placed under arrest for the possession of crack cocaine. Jackson was handcuffed (t/c,d/l) and secured in the rear of my patrol car.

Ross was summoned to the scene. Due to Jackson having multiple priors for DWLS, the previously issued paper plate was confiscated and a new paper plate was issued. Ross arrived on scene and impounded the listed vehicle. Dispatch #972 entered the vehicle impound and paper plate into LEIN.

Jackson was transported to FHPD where he was processed and lodged. Jacksons CCH shows one prior conviction for possession of a controlled substance. Jackson has a current pending case out of Warren PD for possession of controlled substance. During booking I counted all of Jackson's cash which totaled to be $514.27.

The crack was transported to FHPD. The crack was tested using a Mobile Detection pack which yielded a positive result (blue) for crack cocaine. A copy of the positive ID results will be attached to this report. The crack weighed less than 1G. The crack was packaged in a narcotics evidence bag that was signed and sealed by Sgt. Smith and placed into evidence locker #18.

The Michigan Bridge Card belonging to Christopher Kircos was placed into property for safe keeping. CLEMIS search of Kircos did not show any stolen/lost/missing property. The card was placed into evidence locker #9.

---

**CR No: 220025987-002    Written By: FHHAMMONDJ (00412)    Date: 08/16/2022 07:30 AM**

Writer was advised of and reviewed this in custody case.

The suspected crack cocaine was sent to the lab for further analysis.

Writer went back to the cell block to interview Jackson but he did not want to talk.

CR No: 220025987

Writer attempted to contact the registered owner of the vehicle (Jessica) but there was no answer and the voicemail box was full, however, it allowed for a SMS message to be sent with writers phone number.

This case will be submitted to OCPO for warrant consideration.

| CR No: 220025987-003 | Written By: FHSCHWABD (006025) | ATTACHMENT ONLY REPORT - No Narrative |
|---|---|---|

| CR No: 220025987-004 | Written By: FHSTULTSR (6015) | Date: 08/17/2022 06:27 PM |
|---|---|---|

On 08/17/2022 around 1600 hours, Prisoner Jackson was TOT OCJ. I (PSA Stults #6015) inventoried the below property and placed it in locker #4 for safe keeping. Biohazard material was left where it was placed in the sally port by officers.

1. 1 black belt
2. 2 shoe laces
3. 3 Bracelets
4. 1 wallet w/ MI ID
5. 1 set of keys
6. Clothes in red Biohazard bag - Sally Port

| CR No: 220025987-005 | Written By: FHHAMMONDJ (00412) | Date: 08/17/2022 07:11 PM |
|---|---|---|

Phillip Jackson was arraigned this afternoon before Judge Brady. House Counsel Atty. C. Jarboa was present on his behalf. A N/G plea was entered, and bond was set at $10,000 C/S with the following conditions: to be monitored by Pretrial Services, not to possess or consume alcohol or illegal drugs, submit to random testing, & no driving without a valid license. The Pre-Exam Conference is set for 8/31/22 at 09:30 hrs., & the Exam "to be determined" before Judge Brady.

| CR No: 220025987-006 | Written By: FHHOYLEL (6010) | ATTACHMENT ONLY REPORT - No Narrative |
|---|---|---|

| CR No: 220025987-007 | Written By: FHBROWNJO (697) | ATTACHMENT ONLY REPORT - No Narrative |
|---|---|---|

| CR No: 220025987-008 | Written By: FHGRISDALEM (006026) | ATTACHMENT ONLY REPORT - No |
|---|---|---|

CR No: 220025987

| CR No: 220025987-009 | Written By: FHBROWNJO (697) | ATTACHMENT ONLY REPORT - No Narrative |
|---|---|---|

| CR No: 220025987-010 | Written By: FHHOYLEL (6010) | ATTACHMENT ONLY REPORT - No Narrative |
|---|---|---|

| CR No: 220025987-011 | Written By: FHBROWNJO (697) | ATTACHMENT ONLY REPORT - No Narrative |
|---|---|---|

**CR No: 220025987-012    Written By: FHEDGELLP (00451)    Date: 01/18/2023 12:18 PM**

INFORMATION:

1/18/23 prisoner clothing belonging to P. Jackson, bagged as bio-hazardous and stored in the FHPD sallyport was destroyed.

**CR No: 220025987-013    Written By: FHSJOSTROMT (00474)    Date: 03/06/2023 09:49 AM**

On 3/3/2023 at approximately 1330 hours, an evidentiary hearing was held at the Oakland County Circuit Court before Judge Warren regarding this matter. Following the hearing, the court has dismissed this case due to finding insufficient basis for the traffic stop.

STATUS: CLOSED - Case Dismissed

**CR No: 220025987-014    Written By: FHSJOSTROMT (00474)    Date: 03/25/2023 10:24 AM**

As this case was dismissed by the 6th Circuit Court, I submitted the necessary documents to have the narcotics destroyed (Item #.001) and the MI Bridge Card released to its owner (Item #.002). A 90-day property release letter was mailed to the owner on 3/25/23.

There is no further property associated with this case.

STATUS: CLOSED - Property Disposition

| CR No: 220025987-015 | Written By: FHJUDDP (6038) | ATTACHMENT ONLY REPORT - No Narrative |
|---|---|---|

Created On 09/12/2023 12:24 PM

| File Name | File Type | Comments | Date | By | Role |
|---|---|---|---|---|---|
| **Attachments:** | | | | | |
| **Attachments Included In This Report:** | | | | | |
| Field Test Report.pdf | pdf | Field Test Report | 08/16/2022 07:29 AM | HAMMOND, J | INVESTIGATOR |
| 22-25987 - MI Temporary License Plate.pdf | pdf | MI Temporary License Plate | 08/16/2022 09:56 AM | SCHWAB, D | RECORDS |
| 22-25987 OC Lab Rqst & Inbound Rcpt.pdf | pdf | OC Lab Rqst & Inbound Rcpt | 08/18/2022 08:56 AM | HOYLE, L | RECORDS |
| 22-25987 C_W_S Jackson.pdf | pdf | C/W/S Jackson | 08/18/2022 02:53 PM | BROWN, J | RECORDS |
| 22-25987 t.pdf | pdf | Arrest Tracking & Prisoner Property Card - Jackson | 08/18/2022 04:02 PM | GRISDALE, M | RECORDS |
| 22-25987 Property Card, OPS-Jackson Jr.pdf | pdf | Property Card, OPS-Jackson Jr | 08/22/2022 03:10 PM | BROWN, J | RECORDS |
| 22-25987 OC Lab Return Rcpt.pdf | pdf | OC Lab Return Rcpt | 11/03/2022 02:50 PM | HOYLE, L | RECORDS |
| 22-25987 Vehicle LEIN Cancellation-2016 Jeep.pdf | pdf | Vehicle LEIN Cancellation-2016 Jeep | 12/16/2022 11:19 AM | BROWN, J | RECORDS |
| 22-25987 Property Disposal.pdf | pdf | Property Disposal | 05/25/2023 11:27 AM | JUDD, P | RECORDS |



# MobileDetect Test Report
Test ID: MDT0123467


DETECTACHEM

## Result:
### Positive Detection
### Visually Confirmed

Possible Substances Detected:

Cocaine HCL, Free-base, Crack



## Test Details:

Type: Multi-Drug Test
Pouch ID: MDT0123467
Barcode: MDTA210913-A-0123467
Date: 2022-08-16
Time: 04:20.45AM
Latitude: 42.483387
Longitude: -83.372704
Platform: iOS 15.1
App Version: 1.2.43
Algorithm Version: 1.4.5
Automated Analysis: Enabled
Visual Confirmation: Yes
Pre-Test Mode: Disabled



White is non-detected area

## Notes:

## Map:



## Additional Pictures:



# MICHIGAN TEMPORARY LICENSE PLATE

BFS-150 (08/07)

This Temporary License Plate is Non-Transferable

G793116

**License Plate Number**

D Y W 6 9 9 3

**Expiration Date**

0 4 2 3

Month          Year

Issue Date: 08/16/22

**Vehicle Description**

2016 JEEP

Year          Make

1C4RJFBG7GC334474

Vehicle Identification Number

Incident Number: 22-25987

Issuing Agency: FHPD

Agency Copy





**COUNTY OF OAKLAND**
# OFFICE OF THE SHERIFF
**Michael J. Bouchard**
**Forensic Science Laboratory**
1200 North Telegraph 38 East • Pontiac, Michigan • 48341 • (248) 858-5018

## Inbound Evidence Transfer Receipt



**EVIDENCE TRANSFER TRANSACTION**

| | | |
|---|---|---|
| Evidence Relinquished By: <br> **Hoyle, Lindsay** | Agency: | **Farmington Hills Police Department** |
| Evidence Received By: <br> **Gavey, Laura** | Agency: <br> [ X ] | **OCSO Forensic Science Laboratory** <br> **PIN Entered** |
| Date & Time: | **8/17/2022   1:49:50PM** | |
| Operator: | **Laura Gavey** | |
| Note: | | |

**Farmington Hills Police Department**

| Lab Case # | Evidence # | Evidence Description |
|---|---|---|
| 22-2257 | 22-25987.001 | sus sub |

**Agency Case Number:**     22-25987

Offenses listed on Case 22-2257: Violation of Controlled Substance Act



**Print Form**

COUNTY OF OAKLAND
OFFICE OF THE SHERIFF
Michael J. Bouchard
**Forensic Science Laboratory**
1200 North Telegraph Road Bldg. 38 East, Pontiac, Michigan, 48341 (248) 858–5018

For Office Use Only

Lab# _22-2257_

## REQUEST FOR TESTING

| | | | |
|---|---|---|---|
| Submitted By: | Lindsay Hoyle | Date: 8/17/2022 | Property Locker: _____ |
| Agency: | Farmington Hills Police Department | Substation: | |
| Complaint #: | 22-25987 | Offense: | Poss Drugs |
| Report To: | Det. Hammond | Offense Date: | 08/16/22 |
| Telephone/Fax #: | 248-871-2773/248-871-2791 | Email: | jhammond@fhgov.com |

**Individuals:** If known reference standards are not received with the submission it may delay analysis or evidence may be returned until the known reference standards are obtained.

| Name (Last, First) & Type | Gender / Date of Birth | Known Collected | SID/FBI # |
|---|---|---|---|
| Jackson, Phillip Linsey<br>☑ Suspect  ☐ Victim  ☐ Elimination | Gender: Male<br>DOB: 07/09/1984 | | SID: 2494536L |
| ☐ Suspect  ☐ Victim  ☐ Elimination | Gender:<br>DOB: | | |
| ☐ Suspect  ☐ Victim  ☐ Elimination | Gender:<br>DOB: | | |
| ☐ Suspect  ☐ Victim  ☐ Elimination | Gender:<br>DOB: | | |
| ☐ Suspect  ☐ Victim  ☐ Elimination | Gender:<br>DOB: | | |

## Synopsis/Special Instructions:

For BIOLOGY/DNA cases, the laboratory must evaluate and document all evidence for potential CODIS upload. A synopsis or investigative report is required to aid in this process. For all other cases, any pertinent information or special instructions would be appreciated.



**COUNTY OF OAKLAND**
**OFFICE OF THE SHERIFF**
**Michael J. Bouchard**
**Forensic Science Laboratory**
1200 North Telegraph Road Bldg. 38 East, Pontiac, Michigan, 48341 (248) 858-5018

For Office Use Only

Lab# 22- 2267

## REQUEST FOR TESTING

**Evidence:**

| Item # | Evidence Description | Source/Specific Location of Evidence (Suspect's House, Victim's Car, Crime Scene, etc.) | Service(s) Requested (per Item) |
|---|---|---|---|
| 22-25987.001 | Crack Cocaine | located in vehicle in drivers side door pocket | Controlled Substances: Chemical |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

QM 5.0-a version 05 Approved: KAG 2/9/18 Page 2 of 2

22-25987

8/16/2022 LB/AW

Page 1 of 2

## STATE OF MICHIGAN
THE DISTRICT COURT-JUDICIAL DISTRICT NO. 47

County of OAKLAND

**PROS. ORDER NO.**   22-96474

## COMPLAINT/GENERAL INFORMATION

**THE PEOPLE OF THE STATE OF MICHIGAN**
   VS.

PHILLIP LINSEY JACKSON /63-22-096474-01
20460 Lesure St
Detroit, MI 48235

| | |
|---|---|
| Date of Offense: | AUGUST 16, 2022 |
| Location: | CITY OF FARMINGTON HILLS |
| Complainant: | OFC. P. CIESIELSKI |
| Complaining Witness: | DET. HAMMOND |

**Defendant(s)**

**WITNESSES**
DET. J. HAMMOND, c/o FARMINGTON HILLS POLICE DEPT.
OFC. M. SMITH
OFC. M. MOSTEK
OFC. P. CIESIELSKI
LINDSAY HOYLE
REP. OF OCSO CRIME LAB
 (DT) RE: LAB REPORT
OCSO LAB TECH
JESSICA NECOLE ROLLINS

COPY

DO NOT ENTER INTO LEIN

STATE OF MICHIGAN, COUNTY OF OAKLAND

The COMPLAINING WITNESS says that on the date and at the location described, the defendant, contrary to law,

COUNT 1

did knowingly or intentionally possess less than 25 grams of a mixture containing the controlled substance cocaine; contrary to MCL 333.7403(2)(a)(v). [333.74032A5]
FELONY:      4 Years and/or $25,000.00.

CONTROLLED SUBSTANCES - POSSESSION (COCAINE, HEROIN OR ANOTHER NARCOTIC) LESS THAN 25 GRAMS

COUNT 2

did operate a motor vehicle upon 8 Mile Road, a highway, while his operator's license was suspended or revoked; Contrary to MCL 257.904(3)(a); MSA 9.2604(3)(a).
SECOND OR SUBSEQUENT OFFENSE NOTICE
   Take notice that the defendant was previously convicted of violating MCL 257.904, on or about November 12, 2019, in the 16th District Court;
    Therefore, upon conviction, the defendant may be subject to an enhanced sentence under MCL 257.904(3)(b); MSA 9.2604(3)(b). Contrary to the statute in such case made and provided and against the peace and dignity of the People of the State of Michigan. MCL 257.904(3)(b); MSA 9.2604(3)(b). [257.9041C]
MISDEMEANOR:      1 Year and/or $1,000.00.

OPERATING - LICENSE SUSPENDED, REVOKED, DENIED/ALLOWING SUSPENDED PERSON TO OPERATE - SECOND OR SUBSEQUENT OFFENSE NOTICE

| 8/16/2022 LB/AW | Page 2 of 2 |
|---|---|

**STATE OF MICHIGAN**

THE DISTRICT COURT-JUDICIAL DISTRICT NO.    47

County of OAKLAND

**PROS. ORDER NO.**    22-96474

**COMPLAINT/GENERAL INFORMATION**

**WARRANT AUTHORIZED BY
THE OAKLAND COUNTY PROSECUTING ATTORNEY**

_____
**Assistant Prosecuting Attorney**

The complaining witness asks that defendant be apprehended and dealt with according to law.

Dated:    8/16/22

No:    _____

Subscribed and Sworn to on this day by

_____
**Complaining Witness**

_____
**Before the above-named District Judge/Deputy Clerk/Magistrate**

| 8/16/2022 LB/AW | Page 1 of 2 |
|---|---|

**STATE OF MICHIGAN**

THE DISTRICT COURT-JUDICIAL DISTRICT NO.  **47**

County of OAKLAND

**PROS. ORDER NO.  22-96474**

**WARRANT**

**THE PEOPLE OF THE STATE OF MICHIGAN**
    VS.

PHILLIP LINSEY JACKSON /63-22-096474-01
20460 Lesure St
Detroit, MI 48235

                    **Defendant(s)**

| | |
|---|---|
| **Date of Offense:** | AUGUST 16, 2022 |
| **Location:** | CITY OF FARMINGTON HILLS |
| **Complainant:** | OFC. P. CIESIELSKI |
| **Complaining Witness:** | DET. HAMMOND |

**WITNESSES**
DET. J. HAMMOND, c/o FARMINGTON HILLS POLICE DEPT.
OFC. M. SMITH
OFC. M. MOSTEK
OFC. P. CIESIELSKI
LINDSAY HOYLE
REP. OF OCSO CRIME LAB
(DT) RE:  LAB REPORT
OCSO LAB TECH
JESSICA NECOLE ROLLINS

STATE OF MICHIGAN, COUNTY OF OAKLAND

To any peace officer or court officer authorized to make arrest:  The complaining witness has filed a sworn complaint in this court stating that on the date and the location described, the defendant, contrary to law,

COUNT 1

did knowingly or intentionally possess less than 25 grams of a mixture containing the controlled substance cocaine; contrary to MCL 333.7403(2)(a)(v).  [333.74032A5]
FELONY:      4 Years and/or $25,000.00.

CONTROLLED SUBSTANCES - POSSESSION (COCAINE, HEROIN OR ANOTHER NARCOTIC) LESS THAN 25 GRAMS

COUNT 2

did operate a motor vehicle upon 8 Mile Road, a highway, while his operator's license was suspended or revoked;  Contrary to MCL 257.904(3)(a); MSA 9.2604(3)(a).
SECOND OR SUBSEQUENT OFFENSE NOTICE
   Take notice that the defendant was previously convicted of violating MCL 257.904, on or about November 12, 2019, in the 16th District Court;
     Therefore, upon conviction, the defendant may be subject to an enhanced sentence under MCL 257.904(3)(b); MSA 9.2604(3)(b).  Contrary to the statute in such case made and provided and against the peace and dignity of the People of the State of Michigan.  MCL 257.904(3)(b); MSA 9.2604(3)(b). [257.9041C]
MISDEMEANOR:     1 Year and/or $1,000.00.

OPERATING - LICENSE SUSPENDED, REVOKED, DENIED/ALLOWING SUSPENDED PERSON TO OPERATE - SECOND OR SUBSEQUENT OFFENSE NOTICE

8/16/2022 LB/AW

Page 2 of 2

**STATE OF MICHIGAN**

THE DISTRICT COURT-JUDICIAL DISTRICT NO.          **47**

County of OAKLAND

**PROS. ORDER NO.     22-96474**

**WARRANT**

WHEREAS on examination of said sworn COMPLAINT by me, it appears to me that said offense has been committed and there is just cause to suspect that said Defendant(s) are guilty thereof:  THEREFORE IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, you and each of you are hereby commanded forthwith to take the said Defendant(s) and bring them before this Court, to be dealt with according to law.

Dated:        _____

No.        _____

_____
**District Judge/Magistrate**

**RETURN ON WARRANT**

BY VIRTUE OF THIS WARRANT, I HEREBY CERTIFY AND RETURN THAT I HAVE TAKEN THE SAID DEFENDANT BEFORE THE SAID DISTRICT COURT, AS COMMANDED

Dated:        _____ , 20 _____

SIGNED:        _____
DEPUTY SHERIFF, COURT OFFICER OR POLICE OFFICER

| SUBPOENA FOR WITNESSES IN CRIMINAL CASES | 8/16/22 LB/AW | Page 1 of 1 |
|---|---|---|

**STATE OF MICHIGAN**

THE DISTRICT COURT-JUDICIAL DISTRICT NO.  **47**

County of OAKLAND

**Court Address**

**PROS. ORDER NO.**  **22-96474**

**CASE NO.**

**SUBPOENA**

---

**THE PEOPLE OF THE STATE OF MICHIGAN**
      VS.

PHILLIP LINSEY JACKSON /63-22-096474-01
20460 Lesure St
Detroit, MI 48235

FAILURE TO OBEY THE COMMANDS OF THE SUBPOENA OR REASONABLE DIRECTIONS OF THE SIGNER AS TO TIME AND PLACE TO APPEAR MAY SUBJECT YOU TO PENALTIES FOR CONTEMPT OF COURT

**Defendant(s)**

**TO:**
DET. J. HAMMOND
OFC. M. SMITH
OFC. M. MOSTEK
OFC. P. CIESIELSKI
LINDSAY HOYLE
REP. OF OCSO CRIME LAB
(DT) RE:  LAB REPORT
OCSO LAB TECH
JESSICA NECOLE ROLLINS

In the Name of the People of the State of Michigan, You are commanded personally to appear before said District Court, in said County, on _____, at _____ o'clock in the _____noon of that day at the address shown above to testify to the truth, according to your knowledge, in a certain cause now pending before said Court between the People of the State of Michigan, and said Defendant, on the part of the People of the State of Michigan/said Defendant. You may be required to appear from time to time and day to day until excused.

If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

_____
Date

_____
Judge/Clerk/Attorney

_____
Bar No.

STATE OF MICHIGAN  )
                  )SS
County of OAKLAND  )

**RETURN OF OFFICER**

I Hereby Certify and return that, on _____, 20_____, in the _____ of _____ within the said County, I served the within Subpoena personally on the within named _____

My Fees, $ _____

Dated _____, 20____

_____



# FARMINGTON HILLS POLICE
## Arrest Record / Prisoner Tracking

| | |
|---|---|
| Date: | 8/16/2022 |
| Event # | 60045247 |
| Arrest # | 22-A-1110 |
| Incident | 2022:25987 |
| Arresting | CIESIELSKI |
| Booking: | Taylor |

## PERSONAL DATA

| Name: (last, first, middle) | | | Suffix | Race | Sex | Age | DOB | POB |
|---|---|---|---|---|---|---|---|---|
| JACKSON, PHILLIP  LINSEY | | | JR | BLACK | MALE | 38 | 7/9/1984 | MI |

| Address: (Street, City, State, Zip) | Phone | SS | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|
| 10460 LESURE ST, DETROIT, MI  48235 | 3137782848 | | 510 | 180 | BLACK | BROW |

| Drivers License Number | State | Birth | Birth | Birth Country | Alias |
|---|---|---|---|---|---|
| 250683522544 | MI | | MI | UNITED STATES OF | |

| Medical Attention | | | | | Assault Risk? NO | Name of Emergency Contact FELICIA JACKSON |
|---|---|---|---|---|---|---|

| HIV? NO | HEP? NO | TB? NO | Heart Problem? NO | Suicidal NO | Psych. NO | Relation MOTHER | Phone 3133341675 |
|---|---|---|---|---|---|---|---|

❋ DNA on File ❋

## ARREST INFORMATION

Hazel Park ~ $500
St Clair co ~ $500

| FHPD CHARGES | Bond Amount | HOLDS | Bond Amount |
|---|---|---|---|
| . CONTROLLED SUBSTANCE-CRACK- | $ 0 | Livonia PD | $ 400 |
| # | $ | Ferndale PD | $ 750 |
| # | $ | Dearborn PD | $ 750 |
| # | $ | **AFIS** | ☑ RT ☐ |

**HOLD**

Westland PD ~ $500
MSP Metro North ~ $700

## PRISONER TRACKING INFORMATION

TCN: B9220010140 P

| CELL | ACTIVITY | #9 | |
|---|---|---|---|
| #1 | Processed + Lodged | Ofc Taylor Date: 8-16-22 Time 0410 | |
| A2 | | Ofc Date: Time | |
| C9 | transferred to CC4 | Ofc Cieskie Date: 8/17/22 Time 0800 | |
| | TO COURT | Ofc 451 Date: 8-17 Time 13:20 | |
| | FROM COURT w/ MITT BOND $10,000 C/S | Ofc 451 Date: 8-17 Time 15:40 | |
| | CONDITIONS: PTS, NO ALCOHOL/DRUGS RANDOM TESTING, NO DRIVING w/o VALID LICENSE | Ofc Date: Time | |
| | TOT OCJ | Ofc Stults/Lavin Date: 8-17-22 Time | |





**JACKSON, PHILLIP  LINSEY**



# FARMINGTON HILLS POLICE
## Arrest Record / Prisoner Tracking

*2of2*

| | |
|---|---|
| Date: | 7/8/2022 |
| Event # | 60038891 |
| Arrest # | WR-142278 |
| Incident | 2022:220036 |
| Arresting | 988275 |
| Booking: | Oleskie |

## PERSONAL DATA

| Name: (last, first, middle) | Suffix | Race | Sex | Age | DOB | POB |
|---|---|---|---|---|---|---|
| JACKSON JR, PHILLIP  LINSEY | | BLACK | MALE | 37 | 7/9/1984 | MI |

| Address: (Street, City, State, Zip) | Phone | SS | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|
| 8301 BRAILE ST, DETROIT, MI  482282864 | | | 510 | 150 | BLACK | BROW |

| Drivers License Number | State | Birth | Birth | Birth Country | Alias |
|---|---|---|---|---|---|
| I250683522544 | MI | DETROIT | MI | UNITED STATES OF | |

| Medical Attention | | | | | Assault Risk? | Name of Emergency Contact | |
|---|---|---|---|---|---|---|---|
| HIV? | HEP? | TB? | Heart Problem? | Suicidal | Psych. | Relation | Phone |

## ARREST INFORMATION  *Detroit Traff.  Pers.*

| FHPD CHARGES | Bond Amount | | HOLDS | Bond Amount |
|---|---|---|---|---|
| 1. CONTROLLED SUBSTANCE-CRACK- | $ | | *Grosse Pointe* | $ *300* |
| 2# | $ | | *MSP South* | $ *240* |
| 3# | $ | | *Dearborn heights* | $ *350* |
| 4# | $ | | **AFIS** ☐ ☐ | |

## PRISONER TRACKING INFORMATION

| CELL | ACTIVITY | | |
|---|---|---|---|
| | | Ofc Date: Time | |
| | | Ofc Date: Time | |
| | | Ofc Date: Time | |
| | | Ofc Date: Time | |
| | | Ofc Date: Time | |
| | | Ofc Date: Time | |
| | | Ofc Date: Time | |




**JACKSON JR, PHILLIP  LINSEY**



# FARMINGTON HILLS POLICE
## Medical - Property - Lodging



| Prisoner Name (L/F/M): | Sex | Race | Height | Weight | DOB | Incident Number | Arrest Number | Booking Officer |
|---|---|---|---|---|---|---|---|---|
| JACKSON JR, PHILLIP | M | B | 510 | 180 | 7/9/1984 | 2022 : 25987 | 22-A-1110 | RYAN TAYLOR |

## Medical Information

| | | | |
|---|---|---|---|
| Bleeds Medical Treatment | NO | Seizures | NO |
| Dental Problems | NO | Ulcers | NO |
| Assault Risk | NO | Asthma | NO |
| Suicidal | NO | Arthritis | NO |
| Allergies | NO | Hepatitis | NO |
| Epileptic | NO | Fainting Spells | NO |
| Head Injury | NO | Tuberculosis (TB) | NO |
| Diabetic | NO | STDs | NO |
| Heart Problems | NO | HIV / AIDS | NO |
| Psychological Problems | NO | Pregnant | NO |
| High Blood Pressure | NO | Recent Delivery | NO |
| Alcohol Withdrawal | NO | Drug Withdrawal | NO |

Other Medical Problems:

Description of Medications:

| Last Date at Hospital | Last Date of Drug Use | Last Date of Alcohol |
|---|---|---|
| WITHIN 6 MONTHS TO 1 | LESS THAN 1 WEEK | MORE THAN 1 YEAR |

## Lodging Information

### Meals

| | |
|---|---|
| DATE: 8-16 | TIME: 0400 |
| DATE: 8/16 | TIME: 1400 decld |
| DATE: 8/6 | TIME: declnd 1930 |
| DATE: 8/17 | TIME: Declng 0840 |
| DATE: | TIME: |
| DATE: | TIME: |

### Medications

| | |
|---|---|
| DATE: | TIME: |
| DATE: | TIME: |
| DATE: | TIME: |
| DATE: | TIME: |
| DATE: | TIME: |
| DATE: | TIME: |

### Visitors

| | |
|---|---|
| DATE: | NAME: |
| | RELATIONSHIP: |
| | AUTHORIZATION: |
| DATE: | NAME: |
| | RELATIONSHIP: |
| | AUTHORIZATION: |

## Property Information

08/16/2022

### Listed Items                   ☐ None Taken

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

### Acknowledgement

I certify that the above-listed property is all of that removed from me by the Farmington Hills Police.

Signature: _____    _____  8/16/22
                                          Cadet/Officer Signature    Date

I certify receipt of the above listed property from the Farmington Hills Police.

Signature: _____    _____
                                          Cadet/Officer Signature    Date

REVISED 09/24/2018

## FARMINGTON HILLS POLICE DEPARTMENT

### PRISONER PROPERTY TRACKING AND RELEASE AUTHORIZATION FORM

Case Number_____ - _____     Arrest Number 22 - A - 1110 _____

Number of Packages: _____ Number of PPTRA forms:_____ Bin Number: _____ Locker Number: _____

Owner's Name (First, Last) _Phillip Jackson JR_ Phone 3·778·2848 _____

Address 20460 Lesure St City Detroit _____ State MI Zip 48235

| Item | Quantity | Description of Property (Details, Make, Size, Color, Etc.) |
|------|----------|------------------------------------------------------------|
| 1 | | $514.27 cash Tot oct |
| | | black belt & shoe laces |
| | | 3 bracelets |
| | | wallet w/ MI ID |
| | | 2 iphones (1blue, 1silver) |
| | | Set of keys |
| | | Clothes (in Red Biohazard bag) in Locker sally port |

Prisoner Property Inventoried By: ___Ciesielski___ Date: 8/16/22

Prisoner Property Verification Signature at the Time of Arrest: X _Phillip Jackson_ Date: 8/16/22

### PRISONER PROPERTY RELEASE AUTHORIZATION

I hereby authorize the Farmington Hills Police Department to release property taken from me at the time of my arrest to the person listed below. I understand that if the property is not picked up from the Farmington Hills Police Department's Front Desk within 90 days of my arrest, it will be considered abandoned and subject to disposal. Prisoner Property can only be picked up on **Monday, Wednesday or Friday between 9:00am and 12:00 noon.** Release Property to:

Name _Sandy Brown_ Phone 313·854·2498

Address _____

Authorized By (Arrested Person) X _Phillip Jackson_ Date 8/16/22

Witness (Booking Officer) _P._ Date 8/16/22

Prisoner Property Released To: _____ Date _____

Prisoner Property Released By: _____ Date _____

Form # _____

**SCAN COPY OF I.D. HERE** Total # of Forms _____

Grosse Pointe Park - $300
MSP South - $240
Dearborn Heights - $350
Detroit Traff.ic - Pers.
_____
Holds Cont.

REVISED 09/24/2018

# 3C9

## FARMINGTON HILLS POLICE DEPARTMENT

### PRISONER PROPERTY TRACKING AND RELEASE AUTHORIZATION FORM

Case Number 22 - 25987.003          Arrest Number 22 - A - 1110

Number of Packages: _____  Number of PPTRA forms: _____  Bin Number: _____  Locker Number: _____

Owner's Name (First, Last) Phillip Jackson JR   Phone 3-778-2848

Address 20460 Leisure St City Detroit   State MI Zip 48235

| Item | Quantity | Description of Property (Details, Make, Size, Color, Etc.) |
|------|----------|-----------------------------------------------------------|
| 1 | | $514.27 cash — Tot OCT |
| | | black belt & shoe laces |
| | | 3 bracelets |
| | | Wallet w/ MI ID |
| | | 2 Iphones (1 blue, 1 silver) |
| | | Set of keys |
| | | Clothes ———— (in Red Biohazard bag) |

Prisoner Property Inventoried By: Chester Tsei   Date: 8/10/22

Prisoner Property Verification Signature at the Time of Arrest: X Phillip Jas   Date: 8/10/22

### PRISONER PROPERTY RELEASE AUTHORIZATION

I hereby authorize the Farmington Hills Police Department to release property taken from me at the time of my arrest to the person listed below. I understand that if the property is not picked up from the Farmington Hills Police Department's Front Desk within 90 days of my arrest, it will be considered abandoned and subject to disposal. Prisoner Property can only be picked up on Monday, Wednesday or Friday between 9:00am and 12:00 noon. Release Property to:

Name Sandy Brown   Phone 313-854-2478

Address _____

Authorized By (Arrested Person) X Phillip Jas   Date 8/10/22

Witness (Booking Officer) P. _____   Date 8/10/22

Prisoner Property Released To: X Phillip Jas   Date 8-22-22

Prisoner Property Released By: _____   Date 8-22-22

Form # _____

Total # of Forms _____

220025987.003

LOCATION: Property Room | Aisle:3 Shelf:C Bin:9 Box:

CR#: 220025987-004   CFS#: 220025987

Prisoner Property - Jackson Phillip

22-25987.003

**IDENTIFICATION CARD**
**NOT FOR FEDERAL IDENTIFICATION**

J 250 683 522 644   ISS 07-14-2022
DOB 07-09-1984   EXP 07-09-2026   070984

PHILLIP LINSEY JACKSON JR
20460 LESURE ST
DETROIT, MI 48235-1538

Sex M   Wgt 180   Hgt 510   Eyes BRO

DD 1204474839440   Rev 08-16-2021



### COUNTY OF OAKLAND
## OFFICE OF THE SHERIFF
### Michael J. Bouchard
### Forensic Science Laboratory
1200 North Telegraph 38 East • Pontiac, Michigan • 48341 • (248) 858-5018





## FORENSIC LABORATORY REPORT
### Laboratory # 22-2257 (Request Number 0001)

**To:** Detective Jason Hammond
Farmington Hills Police Department
31655 West Eleven Mile Road
Farmington Hills, MI  48336

| | |
|---|---|
| **Request Date:** | 08/17/2022 |
| **Assigned Analyst:** | Rachel K. Scott |
| **Report Date:** | 10/27/2022 |

**Case/Complaint Number:**    22-25987

**Offense:**    Violation of Controlled Substance Act

**Associated Individuals:**    Phillip Linsey Jackson, Male, 07/09/1984

**Evidence Received:**

Item 22-25987.001:    One sealed clear plastic evidence bag containing an off-white "rocky" material.

**Results:**

Item 22-25987.001:    GC/MS and GC testing of the off-white "rocky" material revealed cocaine, Schedule 2.

Weight Tested = 0.23 gram

**Notes:**

GC/MS = Gas Chromatography/Mass Spectrometry
GC = Gas Chromatography

**Completed By,**

*Rachel K. Scott*

Rachel K. Scott
Lab Supervisor - Chemistry
Oakland County Sheriff's Office
Forensic Science Laboratory

*Laboratory reports include the opinions and interpretations of the signed analyst.*    Page 1 of 1

# FARMINGTON HILLS POLICE DEPARTMENT

# LEIN CANCELLATION REQUEST FORM

CASE NUMBER # 22-25987

**PLEASE CANCEL THE FOLLOWING FROM LEIN**

**CIRCLE ITEM BELOW:**

WARRANT    MISSING PERSON    VEHICLE    LICENSE PLATE    OTHER:_____

PERSON- LAST: _____ FIRST: _____ MIDDLE: _____

RACE: _____ SEX: _____ DATE OF BIRTH: _____

VEHICLE YEAR: 2016 Make/Model: Jeep/SW VIN: 1C4RJFBG76C334424

PLATE (STATE): MI PLATE NUMBER: DYW6993 YEAR: 2023 NIC#: _____

COMMENTS/DESCRIPTION OF ITEM:
Released to Jessica Rollins on 08/19/22 per Ross
* LEIN audit removal

ARRESTING OFFICER/DETECTIVE: _____ DATE/TIME: _____

CIVILIAN: _Luuforce_ #685_____ DATE/TIME: 12/09/22 1227

SHIFT COMMANDER: _____ DATE/TIME: 12/09/22 1250

RECEIVED IN COMMUNICATIONS BY: _____ DATE/TIME:_____

REMOVING DISPATCHER: _____ DATE/TIME: _____

COORDINATOR/SENIOR DISPATCHER: _____ DATE/TIME: _____

RECEIVING RECORDS CLERK: M Grisdall_____ DATE/TIME: 12/9/22 3p

SCANNED BY: _____ DATE/TIME: 12-9-22 400 pm

**REFER TO <u>GENERAL ORDER – LEIN CANCELLATIONS</u>**



DEPARTMENT OF POLICE
JEFF KING, CHIEF

## FARMINGTON HILLS POLICE DEPARTMENT

## PROPERTY RELEASE/DISPOSAL AUTHORIZATION FORM

Case Number: 22-25987

Property Number (if different): _____

Offense: Possess Cont. Substance

Item Numbers for Release: .002

Description: MI Bridge Card

Item Numbers for Disposal: .001 ✓ RTD

Description: Narcotics (Crack Cocaine)

Date Requested: 3/25/2023

Owner Name: Christopher Kircos

Method of Notification: ✔ letter ☐ in person/phone

Adjudicated: ✔    Adjudication Date: 3/3/2023

Reason for Release/Destruction: Case dismissed at evidentiary hearing - 6th Circuit Court

Investigator in Charge: _J. Sjostrom #474_    Date: 3/25/2023

Supervisor in Charge: _____ 599    Date: 3/27/23

Bureau Captain: _____    Date: _____

**Support Services Section:**

Item Numbers Received for Release: _____

Item Numbers Received for Disposal: _____

Property Released By: _____    Date: _____

Property Received By: _____    Date: _____

Revised 2/2021

# EVIDENCE LIST

**Incident No.:  220025987**      **Agency:  Farmington Hills PD**

| ITEM | NEEDED | IN-FILE | COMMENTS |
|---|---|---|---|
| Audio/Video Tape and Transcripts | ( ) | ( ) | |
| Autopsy Report | ( ) | ( ) | |
| BAC/Blood/Semen | ( ) | ( ) | |
| Ballistics/Bullets | ( ) | ( ) | |
| Chain of Evidence List | ( ) | ( ) | |
| Clothing/Shoes | ( ) | ( ) | |
| Confession (written, audio, video | ( ) | ( ) | |
| Controlled Substance (Tox Report) | ( ) | ( ) | |
| Criminal History | ( ) | ( ) | |
| CSC Kit | ( ) | ( ) | |
| Diagram Map | ( ) | ( ) | |
| Finger/Foot Prints | ( ) | ( ) | |
| Hair/Fiber | ( ) | ( ) | |
| Hospital/Medical Records | ( ) | ( ) | |
| Photographs/Slides | ( ) | ( ) | |
| Weapons | ( ) | ( ) | |
| Witness Statements | ( ) | ( ) | |
| CERTIFIED RECORDS | ( ) | ( ) | |
| SOS | ( ) | ( ) | |
| Convictions | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| OTHER PHYSICAL EVIDENCE | ( ) | ( ) | |

**1903 - Cocaine - Crack 5410**

**2112 - Debit Card/Check Card/Account Number 5409**

**3501 - Automobile/Car/Vehicle (not Stolen Or Recovered)**

**9992 - Prisoner Property 5488**

VICTIM PROPERTY

| | NEEDED | IN-FILE | |
|---|---|---|---|
| | ( ) | ( ) | |
| | ( ) | ( ) | |
| | ( ) | ( ) | |

_____
Officer In Charge              Date           Phone No.

The Prosecuting Attorney's Office certifies that (*) property belonging to the crime victim must be retained by the Law Enforcement Agency for trial purposes in lieu of photograph or other means of memorialization pursuant to 1985 PA 87

_____
Assistant Prosecutor            Date